Filed 5/17/21  P. v. Alzalde CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>　Plaintiff and Respondent,<br><br>v.<br><br>ANTONIO ALZALDE,<br><br>　Defendant and Appellant. | 2d Crim. No. B308424<br>(Super. Ct. Nos. 2020009948,<br>2020017332)<br>(Ventura County) |

Antonio Alzalde arranged to have heroin brought to him while in custody at the Ventura County Jail.  He later failed to return to jail after he was granted temporary leave to attend his grandmother's funeral.

Alzalde pled guilty to conspiracy to bring a controlled substance into jail (Pen. Code,[1] §§ 182, subd. (a)(1), 4573, subd. (a)) and escape from jail (§ 4532, subd. (b)(1)).  The trial court sentenced him to one year on the conspiracy conviction and eight months on the escape conviction, to be served consecutively to

---

[1] Statutory references are to the Penal Code.

sentences imposed on convictions in a separate case that are not at issue here.

We appointed counsel to represent Alzalde in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On March 30, 2021, we advised Alzalde by mail that he had 30 days within which to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Alzalde's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

TANGEMAN, J.

We concur:

YEGAN, Acting P. J.

PERREN, J.

2

Bruce A. Young, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.